**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| CHRISTY DAUZAT | CIVIL ACTION NO. 25-1440 |
| VERSUS | |
| | JUDGE ALEXANDER C. VAN HOOK |
| GPS HOSPITALITY PARTNERS IV, LLC, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## <u>ORDER</u>

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 28, the plaintiff's motion to remand, Record Document 19, together with the written objections, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that plaintiff's motion to remand, Record Document 19, is **GRANTED** and the case is **REMANDED** to the court from which it was removed, the Tunica-Biloxi Tribal Court in Marksville, Louisiana.

**DONE AND SIGNED** at Shreveport, Louisiana, this 21st day of May, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**